ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

FILED
MAY 12 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| JESSICA PENAMANTE | ) | Case No. 04-54982 CN |
| | ) | |
| | ) | **NOTICE OF UNCLAIMED DIVIDEND** |
| | ) | |
| Debtor | ) | |
| | ) | |

The final dividend to Creditor, BAY AREA CREDIT SERVICE in the above entitled matter was returned marked: CRED DID NOT FILE CHANGE OF ADDR W/THE CRT

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $14.22 as an unclaimed dividend.

Claim # 45    BAY AREA CREDIT SERVICE
50 AIRPORT PKWY #100
SAN JOSE, CA 95110

Dated: May 09, 2011

DEVIN DERHAM-BURK, TRUSTEE



| Date: December 22, 2010 |
|---|
| Number of pages including coversheet: |

| To: | Kimberly |
|---|---|
| Company | Bay Area Credit |
| FAX# | 434-7039 |
| Re: | Jessica Penamante |
| Case # | 04-5-4982 |
| | |

| From: | Teresa Camp |
|---|---|
| | OFFICE OF<br>**Devin Derham-Burk, Trustee**<br>P O Box 50013<br>San Jose, CA 95150-0013 |
| Phone: | Attorneys: (408) 354-4413<br>Debtors: (408) 354-1345<br>Creditors: (408) 354-8151 |
| FAX # | (408) 354-5513 |

☐ Please review & contact the person named above ☐ Per your request ☐ For your information; no response necessary

☐ **For Immediate Attention** ☐ **For Appropriate Action**

Our office received check#2478778 in the amt of $11.29 regarding the above mentioned debtor, back from the post office stating that the address was no longer a valid address. If you could file a Notice of change of address with the Bankruptcy Court we will change our records to reflect the correct address and will send the check that was returned to us to the new address and any future checks. If you should have any questions, please feel free to contact me.

Teresa

IMPORTANT NOTE: The information contained in this facsimile transmission document, including all of its parts without limitation, is the property of the sender, is confidential, is not intended for public use, dissemination, or disclosure and may be subject to legally privileged information. The information is intended only for the exclusive use of the party/parties named above as addressee(s). Any other use, dissemination, disclosure, distribution or copying of this facsimile transmission document is strictly prohibited. Sender reserves all rights under law. If you have received this facsimile transmission document, including all of its parts without limitation, in error, please immediately notify the sender by telephone. Any costs you incur in returning this transmission will be promptly reimbursed to you.